UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
|    Plaintiff, | : | |
| v. | : | 91cr2(WWE) |
| | : | B-90-57 (WWE) |
| ARNOLD AGUILAR, | : | |
|    Defendant. | : | |

## ORDER

Petitioner Arnold Aguilar has moved for a reduction of his sentence as a result of retroactive application of Amendment 782 to the sentencing guidelines. Defendant is entitled to a sentence reduction under Amendment 782 on Count 1 of the docket number B-90-57 for charges of conspiracy to possess with intent to distribute and distribution of multi-kilograms of cocaine, and on count 1 of docket number 5:91cr2, which charges conspiracy to kidnap. On April 23, 1993, the Court imposed a sentence on each of these counts of 405 months' imprisonment, which was 45 months higher than the low end of the original guideline range (360 months to Life).

As to the aforementioned two counts of conviction, the Court imposes a reduced sentence of 369 months of imprisonment, which is 45 months above the low end of the amended guideline range (324 to 405 months).

For the foregoing reasons, defendant's motion for a reduction in sentence (doc. #87) is GRANTED. Accordingly, pursuant to 18 U.S.C. section 3582, the Court hereby reduces defendant's sentence to 369 months of imprisonment effective November 1, 2015. All other aspects of the original sentences should remain the same.

SO ORDERED this 17th day of August, 2015 at Bridgeport, Connecticut.

                                                /s/Warren W. Eginton
                                              Warren W. Eginton
                                              Senior United States District Judge